**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **HUMBERTO VALDERRAMA CONSEGURA** | **CIVIL ACTION NO. 6:26-CV-987-P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **US IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE HORNSBY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25th day of August 2026.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**